```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDIE DOBIE                      :        CIVIL ACTION
                                 :
     v.                          :
                                 :
MICHAEL J. ASTRUE                :        NO. 11-3104
```

ORDER

AND NOW, this 23rd day of January, 2012, upon careful and independent consideration of plaintiff Eddie Dobie's brief and statement of issues in support of request for review (docket entry # 11), defendant Michael J. Astrue's response thereto (docket entry # 14), the Honorable Linda K. Caracappa's report and recommendation (docket entry # 16), to which neither party filed an objection within the period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Caracappa that the Administrative Law Judge ("ALJ") below did not err by failing to afford the opinion of Dr. Roger Rothenberger adequate weight, and that the ALJ's decision was therefore supported by substantial evidence, it is hereby ORDERED that:

      1.   Judge Caracappa's report and recommendation (docket entry # 16) is APPROVED and ADOPTED;

      2.   Dobie's brief and statement of issues in support of request for review (docket entry # 11) is DENIED;

3. Astrue's decision in this matter is AFFIRMED pursuant to the fourth sentence of 42 U.S.C. § 405(g); and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.

2